FILED

04/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0514

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA 21-0514

JIM L. TOWSLEY AND BETTY SMITH TOWSLEY,

      Plaintiffs and Appellees,

   vs.

DAVID P. STANZAK, MARGO L. STANZAK, CRAIG FITCH, CARYN MISKE, LAURENCE B. MILLER, JR., STEPHEN M. ZANDI, KARIN M. ZANDI, and all persons, known or unknown, claiming or who might claim any right, title, interest in or lien or encumbrance upon the personal property described in the Complaint below which is adverse to the Plaintiff's ownership or a cloud upon Plaintiff's title thereto, whether such a claim or possible claim may be present or contingent,

      Defendants and Appellees.

## ODER GRANTING EXTENSION OF TIME

On Appeal from the Montana Fourth Judicial District Court, Missoula County, Cause No. DV-20-18, the Honorable Jason Marks presiding.

The Appellees' Unopposed Motion for Extension (Second Request) under Montana Rule of Appellate Procedure 26(2) is granted. Appellees' response brief shall be due May 27, 2022.

      _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 18 2022